

ORDERED in the Southern District of Florida on October 1, 2013.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

SANDRA MARIE GREEN                             Case No. 13-29202-RBR

                                                Chapter 7

     Debtor.
_____/

ORDER APPROVING EMPLOYMENT OF
TRUSTEE'S ATTORNEY

THIS CAUSE came on before the court upon the Trustee's *Ex Parte* Application for authority to retain the law firm of Marshall Socarras Grant, P.L., and upon the affidavit of Lawrence E. Pecan. Upon the representations that Lawrence E. Pecan is duly qualified under Local Rule 2090-1(A) to practice in this court, that neither Lawrence E. Pecan nor Marshall Socarras Grant, P.L. holds any interest adverse to the estate in the matters upon which they are engaged, that Lawrence E. Pecan and Marshall Socarras Grant, P.L. are disinterested persons as required by 11 U.S.C. §327(a) and have disclosed any connections with parties set forth in

Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interest of the estate, it is

      **ORDERED** that the Trustee is retroactively authorized to retain Lawrence E. Pecan of the law firm of Marshall Socarras Grant, P.L., on an hourly-rate basis, subject to Bankruptcy Court approval pursuant to 11 U.S.C. §§ 327 and 330, effective September 23, 2013.

###

**Submitted by: Lawrence E. Pecan**

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Debtor
Trustee
Attorney for Debtor
U.S. Trustee
All appearances